NO. 12-03-00223-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT


 

TYLER, TEXAS


 


§
 



IN RE: RAMON LOPEZ §
 ORIGINAL PROCEEDING



§
 






 

MEMORANDUM OPINION


 Relator Ramon Lopez ("Lopez") seeks a writ of mandamus requiring the trial court to vacate 
its order denying Lopez's motions seeking appointed counsel, a copy of the record instead of mere
access to the record, and access to the Smith County Law Library. Based upon our review of
Lopez's mandamus petition, we conclude that Lopez has not shown himself entitled to the relief he
seeks. Accordingly, the writ of mandamus is denied.


 JAMES T. WORTHEN 

 Chief Justice



Opinion delivered July 9, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.







(PUBLISH)